1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                          FOR THE DISTRICT OF ARIZONA

10

11

12   UNITED STATES OF AMERICA,             )
                                            )
13            Plaintiff,                     )
                                            )   No. CR 10-1494-TUC-CKJ (GEE)
14   vs.                                     )
                                            )   **ORDER**
15   CHARICE CHAUNTEL GAEDE;                 )
     EMMANUEL BERMUDEZ                       )
16   VASQUEZ; ELIAS BERMUDEZ                 )
     VASQUEZ,                                )
17                                           )
              Defendants.                     )
18   _____)

19

20        On June 6, 2011, Magistrate Judge Glenda E. Edmonds issued a Report and

21   Recommendation (Doc. # 95) in which she recommended that the Motion to Sever filed by

22   Defendant Eliaz Bermudez Vasquez (Doc. # 87) be denied.[1]   The Report and

23   Recommendation notified the parties that they had fourteen days to file any objections.  No

24   objections have been filed.

25

26

27   _____

28        [1]Defendant Charice Chauntel Gaede has filed a Notice of Joinder.

1    The Court has reviewed and considered the Motion to Sever, the Response, the

2 transcript of the proceedings, and the Report and Recommendation.

3    Accordingly, after an independent review, IT IS ORDERED:

4    1.    The Report and Recommendation (Doc. # 95) is ADOPTED;

5    2.    The Motion to Sever (Doc. # 87) is DENIED.

6    DATED this 1st day of July, 2011.

7

8    _____
                     Cindy K. Jorgenson
9                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28